# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **PRUVIT VENTURES, LLC,**  Plaintiff,  V.  **AXCESS GLOBAL SCIENCES, LLC** and **FOREVERGREEN INTERNATIONAL, LLC,**  Defendants. | Civil Action No.:  4:15-CV-00571  **CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, PruvIT Ventures, Inc, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Date: August 24, 2015          Respectfully Submitted,


          ___*/s/* Jenifer Grace_____

**JENIFER GRACE**
*Attorney-in-Charge*
State Bar No. 24026777
The Grace Firm, PLLC
901 Sam Rayburn Highway
Melissa, Texas 75434
(972) 439-1750     Telephone
(800) 335-2901     Facsimile
jenifer.Grace@gracefirm.com

**ATTORNEY FOR PLAINTIFF**