# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PruvIT Ventures, Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> Axcess Global Sciences, LLC and <br> ForeverGreen International, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:15-cv-00571 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Axcess Global Sciences, LLC, by and through its Registered Agent Wasatch-IP, 2825 Cottonwood Parkway, Ste 500, Salt Lake City UT 84121.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jenifer Grace
The Grace Firm, PLLC
901 Sam Rayburn Highway
Melissa, Texas 75454
jenifer.grace@gracefirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/24/15

*CLERK OF COURT*

*David Malone*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:15-cv-00571

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: