**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PRUVIT VENTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AXCESS GLOBAL SCIENCES, LLC, and FOREVERGREEN INTERNATIONAL, LLC, <br><br> Defendants. <br><br> AXCESS GLOBAL SCIENCES, LLC, and AXCESS GLOBAL, LLC, <br><br>   Counterclaimants and Third-party Plaintiffs, <br><br> vs. <br><br> PRUVIT VENTURES, INC., LACORE LABS, LLC, TERRY LACORE, BRIAN UNDERWOOD, CHRISTOPHER N. HARDING, SAVIND, INC., and KETOTECH, INC., <br><br>   Counterclaim and Third-party Defendants. | Civil Action No. 4:15-cv-00571-ALM-CAN <br><br><br> **(proposed) ORDER GRANTING AXCESS GLOBAL SCIENCES, LLC'S** *UNOPPOSED* **MOTION TO FILE UNDER SEAL** <br> (re Exhibit B to Axcess Global Sciences, LLC's Motion for Judgment on the Pleadings Under Rules 9(b) and 12(c)) <br><br><br> Honorable Judge Amos L. Mazzant |

   The Court, having considered the Motion to File Under Seal submitted by defendant and counterclaimant Axcess Global Sciences, LLC ("AGS"), and for good cause shown;

   IT IS HEREBY ORDERED that leave is hereby granted to AGS to file under seal Exhibit B to "Axcess Global Sciences, LLC's Motion for Judgment on the Pleadings Under Rules 9(b) and 12(c)."

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court and served on all counsel of record via CM/ECF pursuant to Local Rule CV-5(a).

                                                   */s/ Charles L. Roberts*