**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PRUVIT VENTURES, INC., | |
| Plaintiff, | Civil Action No. 4:15-cv-00571-ALM-CAN |
| vs. | |
| AXCESS GLOBAL SCIENCES, LLC, and FOREVERGREEN INTERNATIONAL, LLC, | **DEFENDANTS AXCESS GLOBAL SCIENCES, LLC AND FOREVERGREEN INTERNATIONAL, LLC'S *UNOPPOSED* JOINT MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THEIR MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Defendants. | |
| FOREVERGREEN INTERNATIONAL, LLC | |
| Counterclaimant, | |
| vs. | Honorable Judge Amos L. Mazzant |
| PRUVIT VENTURES, INC., LACORE LABS, LLC, TERRY LACORE, BRIAN UNDERWOOD, CHRISTOPHER N. HARDING, BILLY FUNK, RAY DIETRICH, ROBERT DEBOER, and MICHAEL RUTHERFORD, | |
| Counterclaim Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

Defendants and counterclaimants Axcess Global Sciences, LLC ("AGS") and

ForeverGreen International, LLC ("ForeverGreen") (AGS and ForeverGreen are collectively

referred to as "Counterclaimants") hereby move the Court for leave to file the following exhibits

under seal.  The relief sought herein is *unopposed*.

1

**Exhibit D** to the Declaration of Gary Millet filed in support of Counterclaimants'

Joint Motion for Temporary Restraining Order, Expedited Discovery, and Preliminary

Injunction ("Joint Motion") is a copy of the Non-Exclusive Sublicense Agreement

between Axcess Global Sciences, LLC and Pruvit Ventures, Inc., and contains sensitive

confidential financial information.

**Exhibit F** to the Declaration of Gary Millet filed in support of Counterclaimants'

Joint Motion is a document titled, "Certificate of Liability Insurance" and contains

sensitive confidential social security information and insurance policy limits.

**Exhibit A** to the Declaration of Ron Williams filed in support of

Counterclaimants' Joint Motion is a copy of the Sublicense Agreement re USF

Technology between Axcess Global Sciences, LLC and ForeverGreen International, LLC

and contains sensitive confidential financial information.

**Exhibit B** to the Declaration of Ron Williams in support of Counterclaimants'

Joint Motion is a copy of a February 6, 2014 Letter of Intent, and contains sensitive

confidential financial information.

**Exhibit C** to the Declaration of Ron Williams in support of Counterclaimants'

Joint Motion is a copy a Wire Transfer Activity Detail report and contains sensitive

confidential financial information.

**Exhibit H** to the Declaration of Ron William in support of Counterclaimant's

Joint Motion is a copy a Career Placement Agreement between ForeverGreen

International, LLC, Billy Funk and Ray Dietrich that contains confidential individual

compensation information.

2

**Exhibit K** to the Declaration of Ron Williams filed in support of

Counterclaimants' Joint Motion is a copy of the Sublicense Agreement re Vlahakos

Technology between Axcess Global Sciences, LLC and ForeverGreen International, LLC

and contains sensitive confidential financial information

Although "the public has a common law right to inspect and copy judicial records," that

right is not absolute. *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citations

omitted). Courts "must balance the public's common law right of access against the interests

favoring nondisclosure." *Id*. (citations omitted). Interests favoring nondisclosure include

documents that contain confidential financial information, *see Cooper Tire and Rubber Co. v.*

*Farese*, Civ. No. 3:02-cv-210-SA-JAD, 2009 WL 514071 at *1 (Feb. 27, 2009), and information

related to compensation of employees. *See Erwin v. Waller Capital Partners LLC*, Civ. No. 10-

3283 (AET), 2012 WL 3528976 at *2 (Aug. 14 2002); *see also* Fed.R.Civ.P. 26(c)(1)(G) (noting

that documents containing trade secrets or other confidential commercial information be

protected).

Good cause exists for sealing the above-referenced documents. Defendants and

Counterclaimants will suffer direct and serious harm if the above-referenced documents are

publicly disclosed and thus made available to their business competitors. These records contain

information relevant to a business competitor—not the general public. Defendants and

Counterclaimants therefore respectfully request that the above-referenced documents be sealed.

A proposed order is submitted herewith.

DATED: October 26, 2015

By: /s/ Charles L. Roberts

Charles L. Roberts *(pro hac vice admission)*
**WASATCH-IP, A PROFESSIONAL CORP.**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121
Telephone: 801-292-5300
Facsimile: 801-506-6699
*croberts @wasatch-ip .com*

Attorneys for Defendant
Axcess Global Sciences, LLC

By: /s/ Larry R. Laycock

Lance Jensen(Texas Bar No.: 24069995)
Larry R. Laycock *(pro hac vice admission)*
Tyson K. Hottinger *(pro hac vice admission)*
Adam B. Beckstrom *(pro hac vice admission)*
**MASCHOFF BRENNAN**
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: 435-252-1360
Facsimile: 435-252-1361
*ljensen@mabr.com*
*llaycock@mabr.com*
*thottinger@mabr.com*
*abeckstrom@mabr.com*

Attorneys for Defendant
ForeverGreen International, LLC

4

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, the undersigned certifies that counsel for ForeverGreen International, LLC, Axcess Global Sciences, LLC and Plaintiff have conferred on the issues addressed herein. The Plaintiff does not oppose the relief sought in the Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court and served on all counsel of record via CM/ECF pursuant to Local Rule CV-5(a).

/s/ *Larry R. Laycock*
Larry R. Laycock