**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PRUVIT VENTURES, LLC,** | § | |
| | § | **Civil Action No. 4:15-cv-00571-ALM-CAN** |
| Plaintiff, | § | |
| | § | **Honorable Judge Amos L. Mazzant** |
| **v.** | § | |
| | § | |
| **AXCESS GLOBAL SCIENCES, LLC, and** | § | |
| **FOREVERGREEN** | § | |
| **INTERNATIONAL, LLC,** | § | |
| | § | |
| Defendants. | § | |
| | § | |
| **vs.** | § | |
| | § | **UNOPPOSED MOTION TO SEAL** |
| **PRUVIT VENTURES, INC., LACORE** | § | **PLAINTIFF'S RESPONSE IN** |
| **LABS, LLC, TERRY LACORE, BRIAN** | § | **OPPOSITION TO AGS' MOTION FOR** |
| **UNDERWOOD, CHRISTOPHER N.** | § | **SUMMARY JUDGMENT** |
| **HARDING, BILLY FUNK, RAY** | § | |
| **DIETRICH, ROBERT DEBOER, and** | § | |
| **MICHAEL RUTHERFORD,** | § | |
| | § | |
| Counterclaim and | § | |
| Third-Party Defendants. | § | |
| | § | |

Pursuant to Local Rule CV-5(a)(7), Plaintiff PruvIt Ventures, LLC moves this court for an order sealing Plaintiff's Response in Opposition to Defendant AGS' Motion for Summary Judgment filed on November 12, 2015 (Dkt. 69), and in support thereof would show the following.

Plaintiff requests that the response and exhibits thereto be sealed because they are, or refer to, documents and financial information that Defendants have designated "Confidential" or "Attorney's Eyes Only" pursuant to the anticipated Protective Order being circulated among the parties. Revealing the information contained in the response and exhibits may disclose information that is anticipated to be designated as confidential financial information.

Accordingly, Plaintiff respectfully submits this Motion for an Order permitting the clerk

to seal **Plaintiff's Response in Opposition to AGS' Motion for Summary Judgment** filed on

November 12, 2015 (Dkt. No. 69).

Dated:  November 17, 2015

Respectfully Submitted,

By: */s/ Kelly J. Kubasta*

Jenifer L. Grace
Texas Bar No. 24026777
David Binford
Texas Bar No. 24092136
**THE GRACE FIRM, PLLC**
901 Sam Rayburn Highway
Melissa, Texas 75454
Telephone: (972) 439-1750
Facsimile: (800) 335-2901
jenifer.grace@gracefirm.com
david@gracefirm.com

Kelly J. Kubasta
State Bar No. 24002430
James E. Davis
State Bar No. 05504200
Ryan M.T. Allen
State Bar No. 24040414
**FERGUSON, BRASWELL & FRASER, PC**
2500 Dallas Parkway, Suite 501
Plano, Texas 75093
Phone: 972-378-9111
Fax:   972-378-9115
kkubasta@dallasbusinesslaw.com
jdavis@dallasbusinesslaw.com
rallen@dallasbusinesslaw.com

**ATTORNEYS FOR PLAINTIFF**

**STATEMENT PURSUANT TO LOCAL RULE CV-7(H)**

Pursuant to Local Rule CV-7(h), counsel for Plaintiff conducted a meet and confer with Attorney

Charles Roberts, counsel for Axcess Global Sciences, LLC, on November 17, 2015. The parties

agreed to the substance of this motion.

*/s/ Kelly J. Kubasta*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2015, all counsel of record who are deemed to

have consented to electronic service are being served with a copy of this document via the

Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kelly J. Kubasta*_____
Kelly J. Kubasta