# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PRUVIT VENTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AXCESS GLOBAL SCIENCES, LLC, and FOREVERGREEN INTERNATIONAL, LLC, <br><br> Defendants. | Civil Action No. 4:15-cv-00571-ALM-CAN <br><br> **FOREVERGREEN INTERNATIONAL, LLC AND AXCESS GLOBAL SCIENCES, LLC'S NOTICE OF INTENT TO REQUEST REDACTION OF THE TRANSCRIPT FOR THE HEARING ON PRELIMINARY INJUNCTION MOTION** <br><br> Honorable Judge Amos L. Mazzant <br> Honorable Magistrate Judge Christine Nowak |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

Notice is hereby given that ForeverGreen International, LLC and Axcess Global Sciences, LLC will submit a statement of redaction to the court reporter within 21 days from the filing of the Official Transcript of Preliminary Injunction Motion (Volumes 1 & 2) with the Clerk of Court (Dkt. Nos. 127 & 128). The proceeding occurred on December 3-4, 2015 before Honorable Magistrate Judge Christine Nowak and was reported by Bryn & Associates, the court reporter.

DATED: January 15, 2016

By: */s/ Charles L. Roberts*
Charles L. Roberts *(pro hac vice admission)*
*Attorney in Charge*
**Wasatch-IP, A Professional Corp.**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121
Telephone: 801-292-5300
Facsimile: 801-506-6699
croberts@wasatch-ip .com

*Attorney for Defendants*

*Axcess Global Sciences, LLC and Axcess Global, LLC*

By: */s/ Larry R. Laycock*
Lance Jensen(Texas Bar No.: 24069995)
Larry R. Laycock *(pro hac vice admission)*
*Attorney in Charge*
Tyson K. Hottinger *(pro hac vice admission)*
Adam B. Beckstrom *(pro hac vice admission)*
**MASCHOFF BRENNAN**
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: 801-297-1850
Facsimile: 435-252-1361
*ljensen@mabr.com*
*llaycock@mabr.com*
*thottinger@mabr.com*
*abeckstrom@mabr.com*

*Attorneys for Defendant
ForeverGreen International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court and served on all counsel of record via CM/ECF pursuant to Local Rule CV-5(a).

                                                  /s/ *Larry R. Laycock*
                                                     Larry R. Laycock