# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PRUVIT VENTURES, INC., | § | |
| | § | |
| v. | § | CASE NO. 4:15-CV-571 |
| | § | (Judge Mazzant/Judge Nowak) |
| FOREVERGREEN INTERNATIONAL | § | |
| LLC, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 23, 2015, the report of the Magistrate Judge (Dkt. #126) was entered containing proposed findings of fact and recommendations that Defendants Axcess Global Sciences, LLC and ForeverGreen International LLC's (collectively "Defendants") Emergency Motion for Temporary Restraining Order, Expedited Discovery, and Preliminary Injunction ("Motion for Preliminary Injunction") (Dkt. #30) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Preliminary Injunction (Dkt. #30) is **DENIED**.

**IT IS SO ORDERED.**
SIGNED this 19th day of January, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE