# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PRUVIT VENTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AXCESS GLOBAL SCIENCES, LLC et al. <br><br> Defendants. | Civil Action No. 4:15-cv-00571-ALM-CAN <br><br> **AXCESS GLOBAL SCIENCES, LLC'S UNOPPOSED MOTION TO FILE UNDER SEAL** <br> **(re Exhibit A to Motion to Redact Transcript of Dec. 4, 2015 Preliminary Injunction Hearing)** <br><br> Honorable Judge Amos L. Mazzant |

Defendant and counterclaimant Axcess Global Sciences, LLC ("AGS") hereby moves the Court for leave to file Exhibit A to "Axcess Global Sciences, LLC's Motion to Redact Transcript of Dec. 4, 2015 Preliminary Injunction Hearing" under seal. The exhibit includes the entirety of the transcript from the hearing on Dec. 4, 2015, including provisions that AGS requests be redacted in the version of the transcript that will subsequently be publicly available. The transcript includes confidential information, including product formulations, financial information, and disclosure of portions of documents identified by the parties as "attorneys' eyes only" or "confidential" under the protective order that has been entered in this action; thus, protection from public disclosure is sought.

The undersigned represents that this motion is unopposed.

A proposed order is submitted herewith.

DATED: April 4, 2016                    By: /s/ *Charles L. Roberts*
                                        Charles L. Roberts *(pro hac vice admission)*
                                        **Wasatch-IP, A Professional Corp.**
                                        2825 E. Cottonwood Parkway, Suite 500
                                        Salt Lake City, Utah 84121
                                        *croberts@wasatch-ip .com*

                                        *Attorney for Defendants*
                                        *Axcess Global Sciences, LLC and Axcess*
                                        *Global, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2016, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court and served on all counsel of record via CM/ECF pursuant to Local Rule CV-5(a).

                                                  */s/ Charles L. Roberts*