# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PRUVIT VENTURES, INC., | Civil Action No. 4:15-cv-00571-ALM-CAN |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| AXCESS GLOBAL SCIENCES, LLC et al., | |
| Defendants. | Honorable Judge Amos L. Mazzant |

Plaintiff Pruvit Ventures, Inc. ("Pruvit"), Defendants Axcess Global Sciences, LLC ("AGS") and ForeverGreen International, LLC ("FG"), third-party plaintiff Axcess Global, LLC ("AG"), and third-party defendants LaCore Labs, Inc. ("LaCore Labs"), Terry LaCore ("LaCore"), Michael Rutherford ("Rutherford"), and Robert DeBoer ("DeBoer") jointly move the court for entry of an order dismissing all remaining claims and counterclaims in this action with prejudice.

A proposed form of order is submitted herewith.

DATED: April 15, 2016

By: */s/ Jenifer L. Grace*
Jenifer L. Grace (State Bar 24026777)
*Attorney In Charge*
J. David Binford (State Bar 24092136)
**The Grace Firm, PLLC**
901 Sam Rayburn Highway
Melissa, Texas 75434
Telephone: 972-439-1750
Facsimile: 800-335-2901
*jenifer.grace@gracefirm.com*
*david@gracefirm.com*

*Attorneys for Plaintiff*
*Pruvit Ventures, Inc. and third-party defendants Lacore Labs, Inc., Terry Lacore, Brian Underwood, and Chris Harding*

By: */s/ Clay A. Hartmann*
Clay A. Hartmann(State Bar 00790832)
*Attorney in Charge*
**The Hartmann Firm, PC**
6677 Gaston Avenue
Dallas, Texas 75214
(214) 828.1822
Telephone: (214) 828-1822
Facsimile:
*clay.hartmann@thehartmannfirm.com*

*Attorney for third-party defendants Michael Rutherford and Robert DeBoer*

By: */s/ Charles L. Roberts*
Charles L. Roberts *(pro hac vice admission)*
*Attorney in Charge*
**Wasatch-IP, A Professional Corp.**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121
Telephone: 801-292-5300
Facsimile: 801-506-6699
*croberts@wasatch-ip .com*

*Attorney for Defendant*
*Axcess Global Sciences, LLC and third-party plaintiff Axcess Global, LLC*

By: */s/ Larry R. Laycock*
Lance Jensen(Texas Bar No.: 24069995)
Larry R. Laycock *(pro hac vice admission)*
*Attorney in Charge*
Tyson K. Hottinger *(pro hac vice admission)*
Adam B. Beckstrom *(pro hac vice admission)*
**MASCHOFF BRENNAN**
201 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: 801-297-1850
Facsimile: 435-252-1361
*ljensen@mabr.com*
*llaycock@mabr.com*
*thottinger@mabr.com*
*abeckstrom@mabr.com*

*Attorneys for Defendant*
*ForeverGreen International, LLC*