# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PRUVIT VENTURES, INC., | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-00571 |
| | § | (Judge Mazzant/Judge Nowak) |
| FOREVERGREEN INTERNATIONAL LLC, ET AL. | § § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Parties' [Amended] Joint Motion to Dismiss with Prejudice (Dkt. #145). After considering the Joint Motion to Dismiss with Prejudice and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants and the entirety of Defendants' claims against Third-Party Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 26th day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE